IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RICHARD WAGNER, LESHEK VLODARCHYK, MICHAEL HOLMES,** individually and on behalf of other similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>**ALLIED POWER RESOURCES, LLC and ALLIED POWER SERVICES, LLC,**<br><br>Defendants. | Civ Action No. 1:22-CV-01772<br><br>Hon. Steven C. Seeger<br><br>Magistrate Judge Jeffrey Cole |

**AGREED MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT**

For the reasons set forth in the Memorandum Supporting Motion for Final Approval of Class Action Settlement (the "Memorandum"), the Parties respectfully request the Court enter an Order approving the Settlement. Pursuant to the Court's Preliminary Approval Order, the Settlement Administrator issued the Court-approved Notice of Settlement of to the Settlement Class. The deadline for the Settlement Class Members to object or exclude themselves from the Settlement ended on January 14, 2024.

The Settlement achieves an excellent result for the Class Members while eliminating the risk of decertification or loss at trial. It was reached in good faith through arm's length negotiations by experienced wage-and-hour attorneys, after a full day of mediation, and is not the product of fraud or collusion. The Notice documents approved by the Court and mailed by the Settlement Administrator provided Class Members with adequate notice of the terms and conditions of the Settlement in a manner intended to maximize Class Members' due process rights. No Class Members have objected to the Settlement and No Class Members asked to be excluded.

The Settlement is fair, reasonable, and adequate and in the best interest of the 394 Class Members. Thus, the Court should grant final approval of the Settlement and enter the Parties' Proposed Final Approval Order, attached as Ex. 1 to the Memorandum.

Dated: January 19, 2024

s/ Richard M. Schreiber
One of the Attorneys for Plaintiffs
and Class Action Members

s/Darren Mungerson (with consent)
One of the Attorneys for Defendants

Douglas M. Werman
**WERMAN SALAS P.C.**
77 W. Washington, Suite 1402
Chicago, IL 60602

Michael A. Josephson
Richard M. Schreiber
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, TX 77046

Richard J. Burch
**BRUCKNER BURCH, P.L.L.C.**
11 Greenway Plaza, Suite 3025
Houston, TX 77046

*Attorneys for Plaintiffs and*
*Class Action Members*

Darren M. Mungerson
Jody A. Boquist
**LITTLER MENDELSON, P.C.**
321 North Clark Street, Suite 1000
Chicago, IL 60654

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I served this document by ECF electronic filing on all known parties in accordance with the Federal Rules of Civil Procedure.

/s/ Richard M. Schreiber
Richard M. Schreiber