## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Richard Wagner, et al.

                              Plaintiff,

v.                                                                  Case No.: 1:22−cv−01772
                                                                         Honorable Steven C. Seeger

Allied Power Services, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 7, 2024:

       MINUTE entry before the Honorable Steven C. Seeger: Final approval hearing held on February 7, 2024. The agreed motion for final approval of class action settlement (Dckt. No. [83]) is hereby granted. The Court finds that the proposed settlement class satisfies the requirements of Rule 23. The Court also finds that the class members received adequate notice as required by Rule 23(e)(1), and that the proposed class settlement is fair, reasonable, and adequate under Rule 23(e)(2). The parties shall submit a proposed order awarding attorneys' fees and final judgment approving class action settlement to the Court's proposed inbox: proposed_order_seeger@ilnd.uscourts.gov. Final Approval Order to follow. Final Judgment Order to follow. The complaint is dismissed. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.